## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY JAMES CARR,

      Petitioner,                                       JUDGMENT IN A CIVIL CASE

v.                                                              Case No. 18-cv-434-jdp

WISCONSIN STATE PROBATION
DEPARTMENT,

      Respondent.

This action came for consideration before the court with District Judge James D. Peterson  presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent dismissing this case without prejudice.

/s/                                                          8/14/2018

Peter Oppeneer, Clerk of Court                          Date